**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DIDIEL DURRUTHY VILLA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01665-LS** |
| | § | |
| **FIELD OFFICE DIRECTOR, ERO EL PASO CAMP EAST MONTANA,** | § | |
| | § | |
| | § | |
| ***Respondent*.** | § | |

**ORDER DENYING MOTION TO PREVENT TRANSFER**

Petitioner Didiel Durruthy Villa seeks a writ of habeas corpus ordering Respondents to release him from custody during immigration proceedings. Petitioner also moves for an order barring Respondents from transferring him to another district pending the Court's adjudication of his petition. Petitioner argues the order would ensure that he can adequately pursue his claims and that the Court is able to consider them.

However, "[b]ecause jurisdiction attaches on the initial filing for habeas corpus relief,"[1] "a government initiated transfer of a prisoner from one facility to another, in a different judicial district, does not automatically divest the Court of its jurisdiction,"[2] which is proper only in "the district of confinement."[3] Petitioner would also be able to send and receive mail in other facilities. The Court therefore **DENIES** Petitioner's motion to prevent transfer or removal [ECF No. 2].

---

[1] *Middleton v. Schult*, 199 Fed. App'x 94, 94 n.1 (2d Cir. 2008) (citing *Francis v. Rison*, 894 F.2d 353, 354 (9th Cir. 1990)).
[2] *Mason v. Alatary*, No. 9:23-cv-0193, 2023 WL 2965619, at *3 (S.D.N.Y. Apr. 17, 2023) (citing *Ex parte Endo*, 323 U.S. 283, 306–07 (1944)); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) ("[W]hen the government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has the legal authority to effectuate the prisoner's release.").
[3] *Rumsfeld*, 542 U.S. at 443.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 14, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**